```
                    Presented to the Court by the foreman of the
                    Grand Jury in open Court, in the presence of
                    the Grand Jury and FILED in The U.S.
                    DISTRICT COURT at Seattle, Washington.

                         JUNE 11         20 03
                              BRUCE RIFKIN,  Clerk
                    By    H. Arent Zachary      Deputy
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR03 0261R** |
| Plaintiff, | |
| v | INDICTMENT |
| RYAN JAMES BEAMAN, | |
| Defendant | |

CR 03-00261 #00000010

The Grand Jury charges that:

### COUNT 1

(Interstate Threat)

On or about May 15, 2003, at Seattle, within the Western District of Washington, RYAN JAMES BEAMAN knowingly, did cause to be transmitted in interstate commerce, a communication containing a threat to injure a person of another, to wit: an email communication, from San Jose, California to Seattle, Washington, which contained a threat to kill G.D. and her family members

All in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

(Bomb Threat)

On or about May 15, 2003, at Seattle, within the Western District of Washington, RYAN JAMES BEAMAN through the use of a instrument of interstate commerce to wit: an email communication sent over the internet, from San Jose, California to Seattle,

1 | Washington, did willfully make a threat to unlawfully damage and destroy a building, to
2 | wit: a building on the University of Washington campus, by means of explosive devices.
3 | All in violation of Title 18, United States Code, Section 844(e).

4

5 | A TRUE BILL.
6 | DATED  11 June 2003

7

8 | _____
  | FOREPERSON
9

10

11 | _____
12 | JOHN McKAY
   | United States Attorney
13

14 | _____
   | CARL BLACKSTONE
15 | Assistant United States Attorney

16 | _____
17 | BRUCE F. MIYAKE
   | Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28

INDICTMENT/BEAMAN - 2

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970